AO 245D (Rev. 6/05)  Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of Ohio at

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Dennis R. Mitchell** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number:   5:03CR00079 and 5:04CR00289<br><br>USM Number:   53734-060<br><br>Carlos Warner<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔]     admitted guilt to violation of conditions  of the term of supervision.

The Court adopts the Magistrate's Report and Recommendation filed on 9/18/2006 (dockets #49 and #20) and finds the defendant guilty of violating conditions of supervised release.

IT IS ORDERED that the defendant is sentenced to the custody of the Bureau of Prisons for a period of 6 Months, with credit for time served in custody since 9/11/2006.   Upon release from confinement the defendant will remain on supervised release for an additional 12 months.  Defendant to maintain employment and meet with the Probation Officer as directed.   All other conditions in the previous judgment remain in effect.

September 25, 2006
Date of Imposition of Sentence

*s/David D. Dowd, Jr.*
Signature of Judicial Officer

David D. Dowd, Jr., U.S. District Judge
Name & Title of Judicial Officer

September 26, 2006
Date